**ATTACHMENT A**
**Property to Be Searched**



**Name:** Laura Lynn Williams (also known as Laura Lynn Bermudez)

**Date of Birth:** XX/XX/1984[3]

**Hair:** Brown

**Eyes:** Brown

[3] The full date of birth and SSN are known to me, but I have not included it here because it contains personally identifiable information.