UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN THE MATTER OF THE SEARCH OF

Laura Lynn Williams, a/k/a Laura Lynn Bermudez
______________________________/

No. 2:26-mj- 84

**NOTICE OF APPEARANCE**

The undersigned counsel enters their appearance for the United States of America in the above action.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: November 3, 2026

______________________________
THEODORE J. GREELEY
2d Floor, Huntington Bank Bldg.
1930 US Hwy 41 W
Marquette, Michigan 49855
(906) 226-2500